UNITED STATES BANKRUPTCY COURT

For the District of Colorado

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No: 18-20066-TBM |
| | ) | |
| Terrence Dennis Burke (Debtor) | ) | |
| | ) | Adversary No._____ |
| Movant/Plaintiff | ) | |
| VS. | ) | |
| Respondent/Defendant | ) | |

**Notice of Change of address**

FILED
CLERK OF COURT
DEC - 6 2018
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

CHANGE OF ADDRESS IS FOR A LISTED CREDITOR:

CREDITOR:  Steven James Pierce

NEW STREET ADDRESS:           9345 Field Lane

City, State and Zip Code          Westminster, Colorado 80021

Telephone Number:                 720 257 3293

Dated:   December 4, 2018        _____
                                 Steven James Pierce

## CERTIFICATE OF SERVICE

I certify that on this 4th day of December, 2018, I served a true and correct copy of the foregoing "Notice of Change of Address" to the following listed individuals (Debtor and Trustee) by mail, United States Postal Service, pre-paid:

1. Terrence Dennis Burke   3775 Lowell Blvd, Denver, CO. 80211
2. Jeffrey A. Weinman      730 17th Street., Suite 240, Denver, CO 80202

_____
Steven James Pierce